UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TAMMY RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOD SHEPHERD FOOD-BANK,<br><br>    Defendant. | Civil Action No.  2:16-cv-00292-DBH |

### STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated:  October 7, 2016          /s/ Chad T. Hansen
                                 Chad T. Hansen, Esq.
                                 Attorney for Plaintiff

                                 Maine Employee Rights Group
                                 92 Exchange Street
                                 Portland, Maine 04101
                                 Tel:  (207) 874-0905

Dated:  October 7, 2016          /s/ Jerrol A. Crouter
                                 Jerrol A. Crouter, Esq.
                                 Attorney for Defendant

                                 Drummond Woodsum
                                 84 Marginal Way, Suite 600
                                 Portland, ME 04101-2480
                                 Tel:  (207) 772-1941

### CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Dated:  October 7, 2016          */s/  Chad T. Hansen*